Núm. 8417.—Pueblo, apldo. *v.* Rivera, aplte.—C. D. San Juan. Febrero 16, 1942.

(Por la corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, este recurso se interpuso contra una resolución que dejó sin efecto una sentencia por la cual se había desestimado una demanda por no haberse presentado la demanda enmendada dentro del plazo y prórrogas que le concedió la corte para ello, resolución que además permitió la radicación de una demanda enmendada.

Por cuanto, el dejar sin efecto una sentencia que no ha sido dictada en los méritos es una cuestión que descansa en la sana discreción de la corte sentenciadora, discreción con la cual no interviene este tribunal a menos que se demuestre que ha habido un claro abuso de ese poder (véase por analogía *Greer* v. *Pérez* 59 D.P.R. 574) ;

Por cuanto, hemos examinado los autos de este caso y no encontramos que haya existido tal abuso de discreción;

Por tanto, se desestima el recurso y se confirma la resolución apelada que dictó la corte inferior el 11 de julio de 1941.

Núm. 1266.—Mercado, peticionario, *v.* Corte, dmdada.—Original. Diciembre 9, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, aparece de la petición de certiorari que la resolución dictada por la corte inferior el 6 de noviembre de 1941 negándose a aprobar la transcripción de evidencia en el caso de *Luis Mercado Rivera, et al.* v. *Ramón M. Roig*, sobre cobro de salarios, no se basó únicamente en el fundamento de que la sentencia en este caso era final e inapelable, sino en el fundamento adicional de que dicha transcripción de evidencia fué radicada después de vencido el término y prórrogas concedidas y sin que se solicitara de la corte inferior, en ningún momento, la concesión de un nuevo término para hacerlo;

Por cuanto, en el caso de *Martínez* v. *Freiría Hnos., S. en C.* 41 D.P.R. 283, se resolvió que la corte sentenciadora puede negarse a impartir su aprobación a una transcripción radicada fuera de tiempo;

Por cuanto, no aparece de la petición que se haya solicitado de la corte inferior la reconsideración de la resolución dictada,

Por tanto, no ha lugar a expedir el auto solicitado.